# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-02046-DOC-JDE                                                      Date:  January 31, 2023

Title: DAISY THAO HUYNH ET AL V. NORDSTROM, INC. ET AL.

PRESENT:           THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

Defendant Nordstrom, Inc. ("Defendant" or "Nordstrom") removed this case from the Superior Court of California, County of Orange, on November 9, 2022. Notice of Removal ("Notice") (Dkt. 1). Defendant argues that the Court has diversity jurisdiction, noting Plaintiff's Statement of Damages states $3,750,000 in damages incurred due to pain, emotional distress, medical expenses, and future medical expenses. Notice ¶ 6, *see also* Complaint (Dkt. 1–1) at 6. Plaintiff allegedly suffered these damages when "an improperly maintained and installed display" collapsed on her. Complaint at 20.

The Court will not include speculative civil penalties or attorneys' fees to meet the amount in controversy requirement. *See Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998). Accordingly, the parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction. The Parties are **ORDERED** to submit a Status Report of no more than 5 pages addressing the Court's concerns by February 10, 2023, at 12 pm. In particular, Plaintiff is ordered to submit evidence of their medical expenses.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                      Initials of Deputy Clerk: kdu

CIVIL-GEN